ILND 450 (Rev. 10/13) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Bodyguard Productions, Inc.,

Plaintiff(s),

v.

Does 1-25,

Defendant(s).

Case No. 17-cv-7667

Judge Dow

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $          ,

which ☐ includes          pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

☐ in favor of defendant(s)
and against plaintiff(s)

.

Defendant(s) shall recover costs from plaintiff(s).

---

☒ other: Plaintiff/Counter-Defendant Bodyguard Productions, Inc.'s motion for voluntary dismissal of its claims against Defendant/Counter-Plaintiff Doe No. 23 (Ernesto Mendoza) [31] is granted. Plaintiff's claims against Doe No. 23 (Ernesto Mendoza) are dismissed with prejudice. Each side will bear its own fees and costs in this litigation.

---

This action was *(check one)*:

☐ tried by a jury with Judge          presiding, and the jury has rendered a verdict.
☐ tried by Judge          without a jury and the above decision was reached.
☒ decided by Judge Robert M. Dow on a motion.

Date: 2/19/2019                                Thomas G. Bruton, Clerk of Court

Carolyn Hoesly, Deputy Clerk